IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00586-REB-PAC

DIANA ALLEN,

     Plaintiff,

v.

NELNET, INC., a Nebraska corporation,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion to Vacate Order Setting Scheduling/Planning Conference dated May 15, 2006 (doc. 12) is granted in part and denied in part.  The scheduling conference set for June 2, 2006 is vacated and reset to **June 15, 2006 at 10:00 a.m.**  The proposed scheduling order is due five (5) days prior to the hearing.  Plaintiff is responsible for preparing the scheduling order with defense counsel.

Dated:  May 16, 2006