IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00586-REB-PAC

DIANA ALLEN,

    Plaintiff,

v.

NELNET, INC., a Nebraska corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Vacate Order Setting Scheduling/Planning Conference [Dated June 5, 2006; Doc. No. 17] is **denied.**  The Scheduling Conference set for **June 15, 2006 at 10:00 a.m.**, shall go forward.  Plaintiff may either be present in person or she may participate by telephone by telephoning the court at 303-844-4892.  The proposed scheduling order shall be prepared and signed by all parties and submitted to the court no later than June 12, 2006.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 6, 2006