## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge O. Edward Schlatter

**Civil Action No.: 06-cv-00586-REB-PAC**          **FTR** - Reporter Deck - Courtroom A-501

**Date: December  13,  2006**          Courtroom Deputy,  Ellen E. Miller

_____

DIANA   ALLEN,          Pro Se   (By telephone)

     **Plaintiff(s),**

v.

NELNET,  INC.,          Dustin L.  Kitson
a Nebraska corporation,

     **Defendant(s).**

_____

### COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:     MOTIONS  HEARING**
**Court in Session:**     11:08  a.m.
Court calls case.     Telephonic appearance of *Pro Se* plaintiff. In court appearance of defense counsel.  In Magistrate Judge Coan's absence, Magistrate Judge Schlatter is presiding over this hearing.

The Court notes the Motion to Remand is deemed fully briefed and submitted.

**It is ORDERED:**     Plaintiff's     MOTION  FOR  REMAND  TO THE ORIGINAL JURISDICTION (docket No.  7, Filed April 11, 2006) is **HELD IN ABEYANCE.**

Discussion is held regarding Defendant's motion to compel.  It is noted the deposition of Ms. Allen taken November 29, 2006,   did not resolve all of the issues raised in the motion.

**It is ORDERED:**     Defendant's  MOTION  TO  COMPEL  PLAINTIFF TO ANSWER CERTAIN INTERROGATORIES AND TO   PRODUCE DOCUMENTS  (Docket No.  31, Filed October 27, 2006) is  **GRANTED** for reasons as set forth on the record.

*06-cv-00586-REB-PAC*
*Motions Hearing*
*December 14, 2006*

Plaintiff shall have to and including   **JANUARY   05,   2007** within which to  respond fully  with exactness and detail to the Interrogatories and Requests for Production of Documents    as directed from the bench.

Ms. Allen  is advised by the Court that failure to comply with her obligations as a plaintiff in this action  may lead to sanctions by the Court, including dismissal of this case.

HEARING   CONCLUDED.

**Court in recess:**    11:35   a.m.
Total In Court Time:   00:28