IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00586-REB-PAC

DIANA ALLEN,

    Plaintiff,

v.

NELNET, INC, a Nebraska corporation,

    Defendant.

ORDER

**O. Edward Schlatter, United States Magistrate Judge**

This action arises from Plaintiff's libel and defamation claims against Defendant. The case has been referred to a Magistrate Judge pursuant to 28 U.S.C. §636(b) to conduct pretrial proceedings.

Defendant filed a Notice of Removal on March 30, 2006.  Plaintiff then filed a Motion for Remand to the Original Jurisdiction on April 11, 2006.  In considering Plaintiff's Motion for Remand, I have reviewed Defendant's Opposition to Plaintiff's Motion for Remand filed on May 3, 2006 and Plaintiff's Response on May 18, 2006.  I find that Defendant has established that federal court subject-matter jurisdiction exists because this litigation is between parties of diverse citizenship that exceeds the required jurisdictional amount of $75,000.  *See* 28 U.S.C. §1332.  Accordingly, it is

**HEREBY ORDERED** that Plaintiff's Motion for Remand to the Original Jurisdiction (Doc. #7), filed April 11, 2006, is **Denied**.

Dated January 31, 2007.

                BY THE COURT:

                <u>s/ O, Edward Schlatter</u>
                O. EDWARD SCHLATTER
                United States Magistrate Judge