### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-00586-REB-PAC

DIANA ALLEN,

    Plaintiff,

v.

NELNET, INC., a Nebraska corporation,

    Defendants.

---

### ORDER ADOPTING RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

This matter is before me on 1) **The Motion of Defendant, Nelnet, Inc., for Summary Judgment on All Claims Asserted in Plaintiff's Complaint** [#42], filed December 14, 2006; and 2) the **Recommendation of United States Magistrate Judge** [#51], filed June 19, 2007. The magistrate judge recommends that the motion for summary judgment be granted. The plaintiff filed an objection [#52] to the magistrate judge's recommendation. I overrule the objections, approve and adopt the recommendation, and grant the motion for summary judgment.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, and the applicable case law. In addition, because the plaintiff is proceeding *pro se*, I have construed her pleadings and papers more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.

*Erickson v. Pardus*, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendation proposed by the Magistrate Judge should be approved and adopted.

 **THEREFORE, IT IS ORDERED as follows:**

 1. That the **Recommendation of United States Magistrate Judge** [#51], filed June 19, 2007, is **APPROVED AND ADOPTED** as an order of this court;

 2. That **The Motion of Defendant, Nelnet, Inc., for Summary Judgment on All Claims Asserted in Plaintiff's Complaint** [#42], filed December 14, 2006, is **GRANTED**;

 3. That the plaintiff's objections [#52], filed June 29, 2007, to the Magistrate Judge's recommendation are **OVERRULED** and **DENIED**;

 4. That the plaintiff's complaint is **DISMISSED** with prejudice;

 5. That judgment **SHALL ENTER** in favor of the defendant, Nelnet, Inc., and against the plaintiff, Diana Allen; and

 6. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR. 54.1.

 Dated September 24, 2007, at Denver, Colorado.

             **BY THE COURT:**

             s/ Robert E. Blackburn
             **Robert E. Blackburn**
             **United States District Judge**